**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JHAKOBY JENNINGS**                                                                 **PLAINTIFF**

**v.**                                    **Case No. 4:15-cv-00243 KGB**

**JOE JOHNSON**                                                                 **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed this date, this case is dismissed without prejudice; the relief sought is denied.

SO ADJUDGED this 6th day of January, 2016.

Kristine G. Baker
United States District Court